FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00149-MKD |
| Plaintiff, | ORDER REJECTING RULE 11(C)(1)(C) PLEA AGREEMENT |
| v. | |
| DERRICK DEAN MARTIN, | |
| Defendant. | |

On September 26, 2025, the Court held a sentencing hearing in the above-captioned matter. Defendant Derrick Dean Martin was present in custody of the United States Marshal and represented by Douglas D. Phelps. Assistant United States Attorney Lisa Cartier-Giroux appeared on behalf of the United States. This Order memorializes and supplements the Court's oral ruling rejecting the parties' Federal Rule of Criminal Procedure 11(c)(1)(C) Plea Agreement ("Plea Agreement"), ECF No. 59.

Prior to the sentencing hearing, the Court reviewed the Plea Agreement, ECF No. 59; the United States' objection to the Presentence Investigation Report,

ORDER REJECTING PLEA AGREEMENT – 1

ECF No. 63; the Defendant's Sentencing Memorandum, ECF No. 64; United States' Response to Defendant's Sentencing Memorandum, ECF No. 68; the Presentence Investigation Report, ECF No. 66; and the Addendum to the Presentence Investigation Report, ECF No. 65.

At the sentencing hearing, for the reasons stated on the record, the Court calculated the advisory United States Sentencing Guideline range as 92 to 115 months and rejected the parties' recommended sentence of 24 – 37 months in the Plea Agreement, ECF No. 59. The Court finds no basis to vary as low as 37 months in this matter and therefore rejects the parties Rule 11(c)(1)(C) range of 24 to 37 months.

Following the Court's oral ruling rejecting the Plea Agreement, the Court sentenced Defendant to 78 months imprisonment.  The Court advised Defendant that he has the right to withdraw his guilty plea pursuant to the terms of the Plea Agreement.   The Court also advised Defendant that entry of the judgment will be delayed 14 days from the date of sentencing to allow Defendant adequate time to discuss this matter with his attorney.

Accordingly, **IT IS HEREBY ORDERED:**

**1.**      The parties' Federal Rule of Criminal Procedure 11(c)(1)(C) Plea Agreement, **ECF No. 59**, is **REJECTED.**

1    **2.      No later than October 10, 2025**, Defendant shall file a notice

2    indicating if he intends to withdraw his guilty plea.  If no notice is filed, the

3    Court will issue the judgment.

4         **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order

5    and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals

6    Service.

7         **DATED** September 30, 2025.

8

9                         _s/Mary K. Dimke_
                         MARY K. DIMKE
                         UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

ORDER REJECTING PLEA AGREEMENT – 3